IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON HITE, | No. C-06-0682 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al., | |
| Defendants | |

    Before the Court is plaintiff's Case Management Conference Statement, filed May 18, 2006, by which plaintiff seeks to continue the May 26, 2006 case management conference in the instant action by approximately 120 days.  Plaintiff states a continuance is necessary because he anticipates the instant action will be transferred for inclusion in MDL No. 1596, <u>In re Zyprexa Products Liability Litigation</u>, and because he has not yet served defendants.  Because the instant action was filed January 30, 2006, the 120-day deadline for plaintiff to serve defendants, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, has not yet elapsed.

//

//

//

Accordingly, for good cause shown, the May 26, 2006 case management conference is hereby continued to September 29, 2006 at 10:30 a.m.  A joint case management statement shall be filed no later than September 22, 2006.  The deadline to serve defendants, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, remains in effect.

**IT IS SO ORDERED.**

Dated: May 18, 2006

_____
MAXINE M. CHESNEY
United States District Judge

2