1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
2  DENNIS J. CANTY, ESQ. (SBN 207978)
   EMILY CHARLEY, ESQ. (SBN 238542)
3  **LEVIN SIMES KAISER & GORNICK LLP**
   One Bush Street, 14th Floor
4  San Francisco, California  94104
   Telephone    (415) 646-7160
5  Facsimile    (415) 981-1270

6  Attorneys for Plaintiff

*IT IS SO ORDERED*
*Maxine M. Chesney*
Judge Maxine M. Chesney

Dated: May 26, 2006

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON HITE, | Case No. C 06 0682 ~~BZ~~  MMC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | HON. ~~BERNARD ZIMMERMAN~~ |
| ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., ELI LILLY AND COMPANY, JOHNSON & JOHNSON COMPANY, AND JANSSEN PHARMACEUTICA PRODUCTS, L.P. A/K/A JANSSEN, L.P., A/K/A JANSSEN PHARMACEUTICA, L.P., A/K/A JANSSEN PHARMACEUTICA, INC. | MAXINE M. CHESNEY |
| Defendant | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: May 26, 2006                    LEVIN SIMES KAISER & GORNICK LLP

_____
Dennis J. Canty
Attorneys for Plaintiff